```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section          NOTE: CHANGES MADE BY
    California Bar No. 110984         THE COURT
 7       United States Courthouse
         312 N. Spring Street, Suite 1400
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail:    Frank.Kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America

12                  UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                        SOUTHERN DIVISION

15  UNITED STATES OF AMERICA,    )   NO. SACV 08-01443 CJC (CTx)
                                 )
16           Plaintiff,          )   [PROPOSED] JUDGMENT
                                 )
17           v.                  )
                                 )
18                               )
    $390,615.00 in U.S. Currency,)
19                               )
             Defendant.          )
20  _____)

21       After consideration of the papers in support of plaintiff

22  United States of America's Motion for Summary Judgment, and the

23  evidence presented, and in accordance with the Statement of

24  Uncontroverted Facts and Conclusions of Law,

25       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

26       1.   Plaintiff's Motion for Summary Judgment shall be and

27  hereby is GRANTED.

28       2.   The defendant 390,615.00 in U.S. currency (the
```

(Note: "[PROPOSED]" is shown with strikethrough indicating changes made by the court.)

"defendant currency") shall be and hereby is forfeited to the United States of America.  The government shall dispose of the defendant currency in the manner provided by law.

DATED: May 28, 2009            _____
                                        CORMAC J. CARNEY
                                 UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


_____/S/_____
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

2